Christine Pham, CA Bar # 227033
LEGAL HELPERS, P.C.
260 California Street, Suite 801
San Francisco, CA 94111
Tel:  866.339.1156
Fax: 312.822.1064
Email:  cph@legalhelpers.com
*Attorneys for Plaintiff Vandra Walker*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| Vandra Walker, | Case No. 2:10-cv-02119-FCD-DAD |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Regent Asset Management Solutions, Inc., | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action without prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Christine Pham*
Christine Pham
*Attorneys for Plaintiff Vandra Walker*

Notice of Dismissal- 1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2011, my firm served Defendant with the foregoing Notice by placing a copy of the same in the United States mail, addressed as follows:

Regent Asset Management Solutions, Inc.
7290 SAMUEL DRIVE, SUITE 200,
DENVER, CO 80221

                                                /s/ Christine Pham